FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

99 JUN -1 AM 9:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED

JUN - 1 1999

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CV 99-H-0962-W |
| SUSAN D. HUGHES, | ) |
| Defendant. | ) |

<u>FINDINGS AND CONCLUSIONS</u>

This cause coming on to be heard on the written motion of Plaintiff, supported by affidavit, for Judgment by Default in favor of Plaintiff and against Defendant, Susan D. Hughes, pursuant to Rule 55, Federal Rules of Civil Procedure, the Court makes the following findings and conclusions:

1. The Summons and Complaint were served upon Defendant on April 27, 1999; Defendant has failed to appear, plead, or otherwise defend.

2. Defendant, Susan D. Hughes, is not an infant or incompetent person, nor has Defendant been in the military service of the United States since the filing of this suit or for a period of six months prior to such filing.

3. Defendant, Susan D. Hughes is indebted to Plaintiff in the principal sum of $2,534.64, court costs of $150.00 pursuant to 28 U.S.C. § 2412 (a)(2), U.S. Marshal costs of $35.75, accrued interest of $220.64 as of May 17, 1999, plus

4

interest at the prevailing legal rate from the date of judgment.

    4.   Plaintiff is due to recover from Defendant, Susan D. Hughes, the sum of $2,941.03, plus interest hereafter at the prevailing legal rate per annum until paid in full, plus any additional costs. An abstract of judgment will be entered accordingly.

    Done this the 1st day of June, 1999.

_____
SENIOR UNITED STATES DISTRICT JUDGE